# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL ZAMORA, on behalf of himself and current and former aggrieved employees,<br><br>      Plaintiff,<br><br>   vs.<br><br>SWINERTON BUILDERS; and DOES 1 to 100, Inclusive,<br><br>      Defendants. | Case No.: 8:26-cv-00264-MRA-KES<br><br>**PAGA ACTION**<br><br>*[Assigned For All Purposes to The Hon. Judge Mónica Ramírez Almadani]*<br><br>**ORDER GRANTING TEMPORARY STAY OF PROCEEDINGS AND DENYING MOTION FOR REMAND [13] AS MOOT**<br><br><br>Action Removed: February 3, 2026 |

## ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing, hereby orders as follows:

1. The Action is stayed for sixty (60) days while the Parties' engage in settlement discussions;

2. All deadlines and pending hearings in this action are **VACATED** to conserve judicial resources, and Plaintiff's Motion for Remand [13] is **DENIED** as moot;

3. Within 5 days of the completion of settlement discussions or within 60 days of this Order, whichever date is earlier, the parties shall file a joint status report and proposed order addressing whether the temporary stay should be lifted; and

4. Plaintiff is permitted to re-file the Motion for Remand if the action does not settle and the stay is lifted and this temporary stay shall not constitute a waiver of Defendant's right to enforce any arbitration requirements that may apply to Plaintiff's claims.

**IT IS SO ORDERED**

Dated: March 30, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE